# EXHIBIT A

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):

Hasani Lee proper

General Delivery

Cypress California 90630

TELEPHONE NO: 714-761-2766 N/A   FAX NO. (Optional): na

E-MAIL ADDRESS (Optional): mail out everything no email address

ATTORNEY FOR (Name): pro-per Hasani lee (rep)

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

STREET ADDRESS: 700 CIVIC CENTER DRIVE

MAILING ADDRESS: 700 CIVIC CENTER DRIVE

CITY AND ZIP CODE: SANTA ANA. CA 92701

BRANCH NAME: CENTRAL JUSTICE CENTER

PLAINTIFF: Hasani Lee

DEFENDANT: C.T.Corporation System Fedex

[X] DOES 1 TO 100

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**NOV 23 2022**

DAVID H. YAMASAKI, Clerk of the Court

BY:_____,DEPUTY

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

[ ] AMENDED (Number):

Type (check all that apply):

[ ] MOTOR VEHICLE    [X] OTHER (specify): Discriminatory

    [ ] Property Damage  [ ] Wrongful Death

    [X] Personal Injury   [X] Other Damages (specify): Refused Refund

Jurisdiction (check all that apply):

[ ] ACTION IS A LIMITED CIVIL CASE

    Amount demanded [ ] does not exceed $10,000

    [X] exceeds $10,000, but does not exceed $25,000

[ ] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)

[ ] ACTION IS RECLASSIFIED by this amended complaint

    [ ] from limited to unlimited

    [ ] from unlimited to limited

CASE NUMBER:

**30-2022**

**01293107**

Judge Nico Dourbetas

1. **Plaintiff** (name or names): Hasani lee

   alleges causes of action against **defendant** (name or names):

   C.T.Corporation System Fedex

2. This pleading, including attachments and exhibits, consists of the following number of pages: # 2

3. Each plaintiff named above is a competent adult

   a. [ ] **except** plaintiff (name):

       (1) [X] a corporation qualified to do business in California

       (2) [ ] an unincorporated entity (describe):

       (3) [ ] a public entity (describe):

       (4) [ ] a minor    [ ] an adult

           (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed

           (b) [ ] other (specify):

       (5) [ ] other (specify):

   b. [ ] **except** plaintiff (name):

       (1) [ ] a corporation qualified to do business in California

       (2) [ ] an unincorporated entity (describe):

       (3) [ ] a public entity (describe):

       (4) [ ] a minor    [ ] an adult

           (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed

           (b) [ ] other (specify):

       (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Hasani Lee VS C.H. Corp. | 30-2022 PLD-PI-001 01293107 |

4. ☐ Plaintiff *(name)*:
  is doing business under the fictitious name *(specify)*:


  and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

  a. ☐ **except** defendant *(name)*:
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe)*:

    (4) ☐ a public entity *(describe)*:

    (5) ☐ other *(specify)*:



  b. ☐ **except** defendant *(name)*:
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe)*:

    (4) ☐ a public entity *(describe)*:

    (5) ☐ other *(specify)*:

  c. ☐ **except** defendant *(name)*:
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe)*:

    (4) ☐ a public entity *(describe)*:

    (5) ☐ other *(specify)*:



  d. ☐ **except** defendant *(name)*:
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe)*:

    (4) ☐ a public entity *(describe)*:

    (5) ☐ other *(specify)*:

  ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

  a. ☒ Doe defendants *(specify Doe numbers)*: 1-100 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.

  b. ☐ Doe defendants *(specify Doe numbers)*: 1-100 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:



8. This court is the proper court because

  a. ☒ at least one defendant now resides in its jurisdictional area.
  b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other *(specify)*: .



9. ☐ Plaintiff is required to comply with a claims statute, **and**
  a. ☐ has complied with applicable claims statutes, **or**
  b. ☐ is excused from complying because *(specify)*:

30-2022 PLD-PI-001

| SHORT TITLE: Hasani Lee vs C.T Corp | CASE NUMBER: 01293107 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

a. ☐ Motor Vehicle

b. ☒ General Negligence

c. ☒ Intentional Tort

d. ☐ Products Liability

e. ☒ Premises Liability

f. ☒ Other *(specify):*

Manager is very Racist and Discriminatory and it is only towards me and my co-worker we are consider black we were refused an refund because it was a day old when Fedex refund policy states its a 30 Day Refund Return policy.

11. Plaintiff has suffered

a. ☒ wage loss

b. ☐ loss of use of property

c. ☐ hospital and medical expenses

d. ☒ general damage

e. ☐ property damage

f. ☒ loss of earning capacity

g. ☒ other damage *(specify):*

I had case I had to fike and I did not have time to go back home and get more moeny or the papers i needed it case me to file my case laste or refile becuase i miss dates and times lines that cost me more money to redo those copies i was refused

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

a. ☐ listed in Attachment 12.

b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

a. (1) ☒ compensatory damages

(2) ☒ punitive damages

The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*

(1) ☐ according to proof

(2) ☒ in the amount of: $ 15K

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

10 & 11

Date: 11/22/2022

per UCC 1-308 By; Executor Hasani Lee'

_____

(TYPE OR PRINT NAME)

per UCC 1308 by

(SIGNATURE OF PLAINTFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

30-2022
PLD-PI-001(3)

| SHORT TITLE:<br>Hasani Lee vs C.T Corp | CASE NUMBER:<br>UT 2 9 3 1 0 7 |
|---|---|

## CAUSE OF ACTION—Intentional Tort      Page _____

_____
(number)

ATTACHMENT TO   [X] Complaint      [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* Hasani Lee

alleges that defendant *(name):* Fedex -

[X] Does 1_____ to 100_____ .

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on *(date):* 10/17/32022

at *(place):* Fedex -

*(description of reasons for liability):* Jamie told me a black man he was not going to give me a refund because I only had the day I did a purchase I was only allowed to return that day only and another lady tried to to do the same thing she is my co-worker She is also black this was extreme and outrageous conduct - emotional distress we are both Black the refund was only for $11.00 and he talk to me like I was a crack head in front of all the customers who were caucasians it was very embarrassing we do Law so we make a lot of copies the copies were missing words they were cut off. He is a very, very nasty rude person.

Page 1 of 1

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Intentional Tort**

Code of Civil Procedure § 425.12<br>www.courts.ca.gov

30-2022 PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Hasani Lee Vs C.T Corp | 01293107 |

First _____ **CAUSE OF ACTION—General Negligence** Page 1 _____

(number)

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Hasani Lee

alleges that defendant *(name)*: C.T.Corporation System - Fedex

[X] Does 1 _____ to 100 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff.

on *(date)*: 10/17/2022

at *(place)*: Fedex

*(description of reasons for liability)*: Intentional Discrimination Complaint Case Number #10177124244

Oct 17th, 2022 refused to give refund because of the color of my skin and told me I only have that day to do returns or refunds
Discriminatory-Prejudice Jamie told me this is how he does things he don't care what Fedex 30 day policy Refund says and if I sue Jamie said it dont matter to him thats on Fedex they have to pay out not him.
Read case Number #10177124244 from 10/17/2022
I was Never greeted but all the others people who didnt look like me was.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courts.ca.gov